```
 1  SCOTT + SCOTT LLP
    Arthur L. Shingler III (181719)
 2  Nicholas J. Licato (228402)
    600 B Street, Suite 1500
 3  San Diego, CA  92101
    Tel.: 619/233-4565
 4  Fax: 619/233-0508
    Email: nlicato@scott-scott.com
 5  Email: ashingler @scott-scott.com

 6  SCOTT + SCOTT LLP
    David R. Scott
 7  108 Norwich Avenue
    P. O Box 192
 8  Colchester, CT  06415
    Tel:  860/537-5537
 9  Fax: 860/537-4432
    Email: drscott@scott-scott.com
10
    Counsel for Plaintiff
11
```

FILED
07 NOV 20 PM 3:48

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUK LING LUI, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FORMFACTOR, INC., IGOR Y. KHANDROS, RONALD C. FOSTER and RICHARD M. FREEMAN,<br><br>Defendants. | Case No. 07 5894<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br>(N.D. Cal. Civ. L.R. 3-16) |

CRB

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Plaintiff YUK LING LUI, individually and on behalf of all others similarly situated, as alleged in the Complaint.

Defendant FORMFACTOR, INCL. as alleged in the Complaint.

Defendant IGOR Y. KHANDROS as alleged in the Complaint.

Defendant RONALD C. FOSTER as alleged in the Complaint.

Defendant RICHARD M. FREEMAN as alleged in the Complaint.

Dated: November 20, 2007                    SCOTT + SCOTT LLP

                                            NICHOLAS J. LICATO

                                            Arthur L. Shingler III (181719)
                                            Nicholas J. Licato (228402)
                                            600 B Street, Suite 1500
                                            San Diego, CA 92101
                                            Tel.: 619/233-4565
                                            Fax: 619/233-0508
                                            Email: nlicato@scott-scott.com
                                            Email: ashingler @scott-scott.com

                                            SCOTT + SCOTT LLP
                                            David R. Scott
                                            108 Norwich Avenue
                                            P. O Box 192
                                            Colchester, CT 06415
                                            Tel: 860/537-5537
                                            Fax: 860/537-4432
                                            Email: drscott@scott-scott.com

                                            *Counsel for Plaintiff*

- 1 -