1 | SCOTT + SCOTT LLP
  | Arthur L. Shingler III (181719)
2 | Nicholas J. Licato (228402)
  | 600 B Street, Suite 1500
3 | San Diego, CA 92101
  | Tel.: 619/233-4565
4 | Fax: 619/233-0508
  | Email: nlicato@scott-scott.com
5 | Email: ashingler @scott-scott.com

6 | SCOTT + SCOTT LLP
  | David R. Scott
7 | 108 Norwich Avenue
  | P. O Box 192
8 | Colchester, CT 06415
  | Tel: 860/537-5537
9 | Fax: 860/537-4432
  | Email: drscott@scott-scott.com
10 |
   | *Counsel for Plaintiff*
11 |



FILED
07 NOV 20 PM 3: 48

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 07 5894

| YUK LING LUI, on Behalf of Herself and All Others Similarly Situated, | ) Case No. |
| Plaintiff, | ) LR3-12 NOTICE OF RELATED CASES<br>) (N.D. Cal. Civ. L.R. 3-12) |
| vs. | ) |
| FORMFACTOR, INC., IGOR Y. KHANDROS, RONALD C. FOSTER and RICHARD M. FREEMAN, | ) |
| Defendants. | ) |

TO: THE COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that the following additional actions are pending before this Court which, pursuant to Rule 83-1.3 of the Local Rules for the United States District Court for the Northern District of California, are related to this action:

| Case Name | Civ. No. | Filing Date | Judge |
|---|---|---|---|
| *McCasland v. Formfactor, Inc* | e:07-cv-05545-SI | 10/31/207 | Illston |

The above case involves substantially identical factual allegations, causes of action and defendants as does this action.

Because this action arises from the same transactions, happenings or events, calls for determination of the same questions of law and/or fact and is likely to entail substantial duplication of labor if heard by a different judge it is related within the meaning of Local Rule 83-1.3.

WHEREFORE, plaintiff requests:

1. That this action, *Lui v. FormFactor, et al.*, be assigned to the Honorable Susan Illston; and

2. That all subsequent related actions be assigned to the Honorable Susan Illston.

**DATED: November 20, 2007**

Respectfully submitted,

SCOTT + SCOTT, LLP

Arthur L. Shingler III (181719)
Nicholas J. Licato (228402)
600 B Street, Suite 1500
San Diego, CA 92101
Tel.: 619/233-4565
Fax: 619/233-0508
Email: nlicato@scott-scott.com
Email: ashingler@scott-scott.com

- 1 -

|     |                                      |
| --- | ------------------------------------ |
| 1   | SCOTT + SCOTT LLP                    |
|     | David R. Scott                       |
| 2   | 108 Norwich Avenue                   |
|     | P. O Box 192                         |
| 3   | Colchester, CT  06415                |
|     | Tel:  860/537-5537                   |
| 4   | Fax: 860/537-4432                    |
|     | Email: drscott@scott-scott.com       |
| 5   |                                      |
|     | *Counsel for Plaintiff*              |
| 6   |                                      |
| 7   |                                      |
| 8   |                                      |
| 9   |                                      |
| 10  |                                      |
| 11  |                                      |
| 12  |                                      |
| 13  |                                      |
| 14  |                                      |
| 15  |                                      |
| 16  |                                      |
| 17  |                                      |
| 18  |                                      |
| 19  |                                      |
| 20  |                                      |
| 21  |                                      |
| 22  |                                      |
| 23  |                                      |
| 24  |                                      |
| 25  |                                      |
| 26  |                                      |
| 27  |                                      |
| 28  |                                      |