```
 1  SCOTT + SCOTT LLP
    Arthur L. Shingler III (181719)
 2  Nicholas J. Licato (228402)
    600 B Street, Suite 1500
 3  San Diego, CA 92101
    Tel.: (619) 233-4565
 4  Fax: (619) 233-0508
    ashingler@scott-scott.com
 5  nlicato@scott-scott.com

 6  SCOTT + SCOTT LLP
    David R. Scott
 7  108 Norwich Avenue
    P.O. Box 192
 8  Colchester, CT 06415
    Tel.: (860) 537-5537
 9  Fax: (860) 537-4432
    drscott@scott-scott.com
10
    Counsel for Plaintiff
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUK LING LUI, on Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>FORMFACTOR, INC., IGOR Y. KHANDROS, RONALD C. FOSTER and RICHARD M. FREEMAN,<br><br>        Defendants. | No. C-07-05894-CRB<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSES TO CLASS ACTION COMPLAINT |

1  WHEREAS, on November 11, 2007, plaintiff Yuk Ling Lui filed a Complaint alleging violations of the federal securities law (the "Complaint") against FormFactor, Inc. ("FormFactor" or the "Company"), Igor Y. Khandros, Ronald C. Foster and Richard M. Freeman;

WHEREAS, defendants have agreed to accept service through Davis Polk & Wardwell;

WHEREAS, on October 31, 2007, Danny McCasland filed a complaint alleging violations of the federal securities law against FormFactor, Igor Y. Khandros, Ronald C. Foster and Richard M. Freeman in a case styled *McCasland v. FormFactor, Inc. et al.*, No. C-07-05545-SI ("the McCasland litigation");

WHEREAS, on November 16, 2007, Judge Susan Ilston entered an order granting the request of the parties to the McCasland litigation to reset the deadlines as requested in this matter (see "SCHEDULE" *infra*);

WHEREAS, on November 27, 2007, counsel for plaintiff Yuk Ling Lui filed a motion to relate this matter to the McCasland litigation pending in Judge Ilston's court;

WHEREAS, the parties have met and conferred, and anticipate that motions for the appointment of lead plaintiff and lead counsel will be filed in this case, and that a consolidated complaint will be filed after the Court issues an Order appointing lead plaintiff and lead counsel;

WHEREAS, the parties agree that it is in the best interest of judicial economy for this litigation to proceed along the same schedule as that of the McCasland litigation;

WHEREAS, the parties agree that, pursuant to Civil L.R. 6-1(a), defendants need not respond or otherwise answer the Complaint, lead plaintiff shall have sixty (60) days from the issuance of an order appointing lead plaintiff and lead counsel to file a consolidated complaint, and defendants shall have sixty (60) days after being served with the anticipated consolidated complaint to answer or otherwise respond to the consolidated complaint;

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiff and defendants, through their respective counsel of record, as follows:

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSES TO CLASS     1
ACTION COMPLAINT – C-07-05894-CRB

SCHEDULE

1. Defendants need not answer or otherwise respond to the Complaint;

2. Lead plaintiff shall have sixty (60) days from the issuance of an order appointing lead plaintiff and lead counsel to file a consolidated complaint; and

3. Defendants shall answer or otherwise respond to the anticipated consolidated complaint no later than sixty (60) days from the date of service.

IT IS SO STIPULATED.

DATED: December 5, 2007

SCOTT + SCOTT LLP
HAL CUNNINGHAM

/s/
―――――――――――――――――
HAL CUNNINGHAM (243048)

600 B Street, Suite 1500
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508

SCOTT + SCOTT LLP
David R. Scott
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537
Fax: (860) 537-4432

*Counsel for Plaintiff*

DATED: December 4, 2007

DAVIS POLK & WARDWELL
RAJAT SONI

/s/
―――――――――――――――――
RAJAT SONI (242644)

1600 El Camino Real
Menlo Park, CA 94025
Tel.: (650) 752-2027
Fax: (650) 752-3627

*Counsel for Defendants*

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSES TO CLASS ACTION COMPLAINT – C-07-05894-CRB    2

1  I, Hal Cunningham, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order Regarding Defendants' Responses to Class Action Complaint.
3  In compliance with General Order 45, X.B., I hereby attest that Rajat Soni has concurred in this
4  filing.

5
   DATED: December 5, 2007
6
                                                          /s/
7                                               _____
                                                      HAL CUNNINGHAM
8
                                    *       *      *
9
                                           **ORDER**
10
   IT IS SO ORDERED.
11

12
   DATED: _____          _____
13                                   THE HONORABLE CHARLES R. BREYER
14                                   UNITED STATES DISTRICT COURT JUDGE

15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSES TO CLASS    3
ACTION COMPLAINT – C-07-05894-CRB

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such a filing to the email addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed on December 5, 2007.

/s/
_____
HAL CUNNINGHAM

SCOTT + SCOTT LLP
600 B Street, Suite 1500
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508

# Mailing Information for a Case 3:07-cv-05894-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Nicholas J Licato
Scott + Scott LLP
600 B Street, Suite 1500
San Diego, CA 92101

David R. Scott
Scott + Scott LLP
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
```