1  SCOTT + SCOTT LLP
   Arthur L. Shingler III (181719)
2  Nicholas J. Licato (228402)
   600 B Street, Suite 1500
3  San Diego, CA 92101
   Tel.: (619) 233-4565
4  Fax: (619) 233-0508
   ashingler@scott-scott.com
5  nlicato@scott-scott.com

6  SCOTT + SCOTT LLP
   David R. Scott
7  108 Norwich Avenue
   P.O. Box 192
8  Colchester, CT 06415
   Tel.: (860) 537-5537
9  Fax: (860) 537-4432
   drscott@scott-scott.com
10
   *Counsel for Plaintiff*
11
                     UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14  _____
                                        )  No. C-07-05894-CRB
15  YUK LING LUI, on Behalf of Himself  )
    and All Others Similarly Situated,  )  STIPULATION AND [PROPOSED] ORDER
16                                      )  REGARDING DEFENDANTS' RESPONSES
              Plaintiff,                )  TO CLASS ACTION COMPLAINT
17                                      )
         vs.                            )
18                                      )
    FORMFACTOR, INC., IGOR Y.           )
19  KHANDROS, RONALD C. FOSTER and      )
    RICHARD M. FREEMAN,                 )
20                                      )
              Defendants.               )
21                                      )
                                        )
22  _____ )

WHEREAS, on November 11, 2007, plaintiff Yuk Ling Lui filed a Complaint alleging violations of the federal securities law (the "Complaint") against FormFactor, Inc. ("FormFactor" or the "Company"), Igor Y. Khandros, Ronald C. Foster and Richard M. Freeman;

WHEREAS, defendants have agreed to accept service through Davis Polk & Wardwell;

WHEREAS, on October 31, 2007, Danny McCasland filed a complaint alleging violations of the federal securities law against FormFactor, Igor Y. Khandros, Ronald C. Foster and Richard M. Freeman in a case styled *McCasland v. FormFactor, Inc. et al.*, No. C-07-05545-SI ("the McCasland litigation");

WHEREAS, on November 16, 2007, Judge Susan Ilston entered an order granting the request of the parties to the McCasland litigation to reset the deadlines as requested in this matter (see "SCHEDULE" *infra*);

WHEREAS, on November 27, 2007, counsel for plaintiff Yuk Ling Lui filed a motion to relate this matter to the McCasland litigation pending in Judge Ilston's court;

WHEREAS, the parties have met and conferred, and anticipate that motions for the appointment of lead plaintiff and lead counsel will be filed in this case, and that a consolidated complaint will be filed after the Court issues an Order appointing lead plaintiff and lead counsel;

WHEREAS, the parties agree that it is in the best interest of judicial economy for this litigation to proceed along the same schedule as that of the McCasland litigation;

WHEREAS, the parties agree that, pursuant to Civil L.R. 6-1(a), defendants need not respond or otherwise answer the Complaint, lead plaintiff shall have sixty (60) days from the issuance of an order appointing lead plaintiff and lead counsel to file a consolidated complaint, and defendants shall have sixty (60) days after being served with the anticipated consolidated complaint to answer or otherwise respond to the consolidated complaint;

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiff and defendants, through their respective counsel of record, as follows:

SCHEDULE

1. Defendants need not answer or otherwise respond to the Complaint;

2. Lead plaintiff shall have sixty (60) days from the issuance of an order appointing lead plaintiff and lead counsel to file a consolidated complaint; and

3. Defendants shall answer or otherwise respond to the anticipated consolidated complaint no later than sixty (60) days from the date of service.

IT IS SO STIPULATED.

DATED: December 5, 2007

SCOTT + SCOTT LLP
HAL CUNNINGHAM

/s/
―――――――――――――――
HAL CUNNINGHAM (243048)

600 B Street, Suite 1500
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508

SCOTT + SCOTT LLP
David R. Scott
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537
Fax: (860) 537-4432

*Counsel for Plaintiff*

DATED: December 4, 2007

DAVIS POLK & WARDWELL
RAJAT SONI

/s/
―――――――――――――――
RAJAT SONI (242644)

1600 El Camino Real
Menlo Park, CA 94025
Tel.: (650) 752-2027
Fax: (650) 752-3627

*Counsel for Defendants*

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSES TO CLASS ACTION COMPLAINT – C-07-05894-CRB     2

1    I, Hal Cunningham, am the ECF User whose ID and password are being used to file this
2    Stipulation and [Proposed] Order Regarding Defendants' Responses to Class Action Complaint.
3    In compliance with General Order 45, X.B., I hereby attest that Rajat Soni has concurred in this
4    filing.

DATED: December 5, 2007

/s/
_____
HAL CUNNINGHAM

\*   \*   \*

## ORDER

IT IS SO ORDERED.

DATED:    December 7, 2007

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California]*
*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*