IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YUK LING LUI,

        Plaintiff,

v.

FORMFACTOR INC,

        Defendant.

No. C 07-05894SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, February 29, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: December 18, 2007

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk